FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 6 2015

JAMES W. McCORMACK, CLERK
BY:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF ARKANSAS,

BRIAN J. N. WEBB                                          PLAINTIFF

V.  CIVIL ACTION NO: 2:15-cv-069 DPM-JMC

Dr. CANTRELL, ET AL                              DEFENDANTS

# COMPLAINT WITH JURY DEMAND

## I. INTRODUCTION

This is a civil rights action filed by Brian J. N. Webb, a state prisoner, for damages and injunctive relief under 42 U.S.C. §1983, alleging denial of mental health care, and failure to protect in violation of the Eighth Amendment to the United States Constitution and confinement in segregation in violation of the Due Process clause of the Fourteenth Amendment to the United States constitution. The plaintiff also alleges the state torts of negligence and medical Mal-practice.

## II. JURISDICTION

1. The Court has jurisdiction over the plaintiffs claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343.

pg 1 of 13

2. The Court has jurisdiction over plaintiffs request for declaratory relief under 28 U.S.C. §§ 2201 and 2202.

3. Plaintiff's claims for injuctive relief are authorized by 28 U.S.C. §§ 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

4. The Court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. § 1367.

### III. VENUE

5. The Eastern District of Arkansas is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occurred.

### IV. PLAINTIFF'S

6. Plaintiff Brian J.N. Webb ADC#141031 is and was at all times mentioned herein a prisoner of the state of Arkansas in the custody of the Arkansas Department of Corrections. He is currently confined in the East Arkansas Regional Unit, P.O. Box 970, Marrianna, Arkansas, 72360.

### V. DEFENDANT'S

7. Defendant Mr. Cantrell is a Psychiatrist at East Arkansas Regional Unit, P.O. Box 970, Marrianna

Arkansas, 72360. He is sued in his individual and official capacities.

8. Defendant Mrs. C. Wright is a mental Health Counselour at East Arkansas Regional Unit who, at all times mentioned in this Complaint was assigned to E.A.R.U., P.O. Box 970, Marrianna, Arkansas, 72360. She is sued in her individual and official capacities.

9. Defendant John Doe #1 is a mental Health Counselour at East Arkansas Regional Unit (whose name is presently unknown to plaintiff) who, at all times mentioned in this complaint was assigned to E.A.R.U., P.O. Box 970, Marrianna, Arkansas, 72360. He is sued in his individual and official capacities.

10. Defendant Dr. John Doe #2 is the lead/Head doctor for the Mental Health Division at East Arkansas Regional Unit (whose name is presently unknown to plaintiff) who, at all times mentioned in this complaint was assigned to E.A.R.U., P.O. Box 970, Marrianna, Arkansas, 72360. He is sued in his individual and official capacities.

11. All the defendants listed herein have acted, and Continue to act, under color of state law at all times relevant to this complaint.

## VI. FACTS

12.   Plaintiff Brian J. N. Webb has a long standing history of Mental Health issues specifically self mutilation and suicidal behavior.

13.   When plaintiff came through Diagnostics at the Ouachita River Correctional Unit on 10-09-13 the officials and Mental Health care personel decided that it was vital that plaintiff be seen by Mental Health and to continue to take his mental Health medication Resperdal and Raitan.

14.   This due to plaintiff's past behavior of self mutilation and suicidal ideation prior to coming to the ADC and while housed in the ADC.

15.   Plaintiff was pulled out of the normal prison population and placed in the Residential program Unit. Which is the equivalent to a Mental Health Hospital but within the ADC.

16.   Plaintiff's medication was subsequently changed while at the RPU Due to plaintiffs self-mutilation and suicidal ideations. See attached Plaintiffs exhibit A.

17.   The new medication was Giodon twice a day and Riatan 5mg twice a day.

18.   Plaintiff then took himself off of said medication. because he figured that it would help him with being released on parole if he wasnt on any medication.

19. On the approximate date of 11-06-2014 plaintiff was released from the RPU and placed back in the Diagnostic Intake.

20. on the approximate date of 11-14-14 plaintiff was transfered to East Arkansas Regional unit.

21. Despite the fact that plaintiff was class "one c" which is the Best class he could be and even though he had been granted parole by the Ark. Parole Board, he was housed in a class four (the worst class you could be) Field utility barracks.

22. Shortly after plaintiffs arrival at the East Ark. Regional unit (here after EARU) he went to the mental Health Department and saw during a one on one Consulation a John Doe counselor (John Doe #1).

23. During this visit plaintiff notified John Doe #1 that he was having Severe problems with adjusting to the transfer and was having overwhelming thoughts and desires to Self-mutilate. John Doe #1 then told plaintiff "all I can do is tell you not to cut your self but its all up to you. I can Say that if you do cut yourself then ill be forced to strip you down and place you in the Max on behavior control. You'll lose your parole and it will be nearly impossible to gain it back. I then told John Doe #1 that I made a mistake

and needed to be placed back on the medication priorly prescribed by Mental Health Doctor Mouldrin at ORCU. RPU. I told John Doe #1 that I was having extreme dificulty adjusting to E.A.R.U. John Doe #1 then stated that he would schedule me to see the Doctor. He then ended our visit. And I was sent back to the barracks without any reasonable percautions taken to ensure My health and safety.

24. Not long after this I was seen by Dr. Cantrell and John Doe #1 in a mental Health office. I began the visist by notifying Dr. Cantrell that I was not adjusting to the transfer from RPU to E.A.R.U. Good. and that I needed back on my medication. Which Dr. Cantrell refused. I was then Sent back to the barracks. Without any regard to my health and safety.

25. Over the next three months I was not Seen by any mental Health personel over these 3 months I had numerous problems such as fights with other inmates in the barracks, altercations with officers etc. I was suffering from Depression, Paranoia, and delusional thoughts I was attacked by two inmates and had to fight for my life. I was hit in the mouth So hard a chunk of my tooth got busted off. I ended up losing my class went to the hole

and lost my parole.

26. shortly after getting out of the hole in Jan.
I was placed in the ward due to having to wear a
Foley catheter I became so depressed and suffered
so much mental Anguish that I took a razor blade
and cut my right AC. The cut so bad that I hit an
artery and blood began to pump out of me. I began
to be scared and felt doomed that I was going to die.
I was sent to Forest City Medical center and received
stitches and a blood trasfusion. This was on Feb.
25, 2015.

27. When I got back to the unit I was
placed on treatment percautions I was stripped
down necked and placed in the Max ward.
During the next week I didnt eat or drink
anything. I got so sick that my heart was
messing up. I was sent to Forest City medical
center. Then I came back and was placed back
in the Max ward. During all this physical
harm which was suicide attempts Mrs C.Wright,
Dr Cantrel, and John Doe #2 never even counseled
with me to see whats wrong. I spent about two
weeks necked with out any bedding. I wasnt given
even allowed to brush my teeth.

28. I Did finally get to see mental Health Dr. Cantrel and he finally placed me on my medication. But I was placed on punitive and sent to the hole and then placed in Ad-Seg. I was not even allowed to have a disciplinary hearing to determine guilt I was never even afforded mental Health treatment I was just punished.

29. This unit East Ark. Reg. unit does not have an adequate mental Health system in order to properly house the mentally ill. Such as myself. I need to be sent back to the RPU so I can get proper treatment.

30. I would not have suffered any of this harm and would not be in prison since im only on a Nine month Parole violation that was served and finished over a year a go. If mental Health perfessionals Dr. Cantrel and John Doe #2 would have placed me on my medication. And when they saw that I was mentally unstable they should have sent me back to the RPU so I could be given proper care.

31. Mrs C. Wright refused to intervene and counsel with me to prevent the physical

harm and mental anguish. And,

32. John doe #1 and doctor contrel could have prevented all of this from happening if they would have counseled with me properly when I first came to E.A.R.U.. I told them that I had a problem with self-mutilation and suicidal ideations They should have kept me from having access to razor blades and placed me back on my meds. Instead I was threatened.

33. John Doe #2 has the ability to send me back to the RPU where I can be properly treated.

## VII. EXHIBITS

34. Please find attached the following Declarations filed by inmates here at the East Ark. Req. Unit that I will use as witnesses on this case. two Declarations from Anthony Washington ADC#146156, 11 eleven ~~pop~~ pages of Declarations from Harry E Surber ADC#089794, and Four pages of Declarations from Corlest Johnson ADC# 142752.

## VIII. CLAIMS FOR RELIEF

35. The actions of Defendant John Doe #1 in Denial of Mental Health treatment towards the plaintiff constituted Deliberate Indifference and cruel and unusual punishment in violation of the Eighth Amendment of the United states Constitution.

36. The actions of Defendant C. Wright in Denial of Mental Health treatment towards the plaintiff constituted Deliberate Indifference and cruel and unusual punishment in violation of the Eighth Amendment of the United states constitution.

37. The actions of Defendant Dr. Cantrel in Denial of Mental Health treatment towards the plaintiff constituted Deliberate Indifference and cruel and Unusual punishment in violation of the Eighth Amendment of the United states constitution.

38. The actions of Defendant John Doe #2 in Denial of Mental Health treatment towards the plaintiff constituted Deliberate Indifference and cruel and unusual punishment in Violation of the Eighth Amendment of the United States Constitution.

39. The actions of Defendants' John Doe #1, C. Wright, Dr. Cantrel, and John Doe #2 all in Denial of Mental Health treatment towards the plaintiff

constitutes the tort of medical Malpractice, and Negligence under the Laws of Arkansas.

## IX. RELIEF REQUESTED

WHEREFORE, plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgment stating that:

1. The Denial of Mental Health treatment towards the plaintiff by the Defendants, John Doe#1, John Doe#2, C. Wright, and Dr. Cantrel, violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted negligence and Medical Malpractice under the state tort Laws of Arkansas.

B. Issue an Injunction ordering the defendants, or their agents to:

1. Immediately arrange for the plaintiff to be transfered to a Unit suitable to treat plaintiff and his Mental illness. Probally Back to the RPU.

C. Grant such other relief as it may appear that the plaintiff is entitled.

D. Undetermined monetary Damages.

## X. PENALTY OF PERJURY

I brian J. Webb do hereby swear under penalty of perjury 28 U.S.C. 31746 & 18 U.S.C. 81621 that the Forgoing is true and correct.

Dated April 16, 2015

Signed *Brian J Webb*

Respectfully submitted,
Brian J. Webb 141031
P.O. BOX 970
Marrianna Ar 72360

STATE OF ARKANSAS )
)ss- NOTARY PUBLIC
COUNTY OF LEE )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public on this ___15___ day of ___Apr___, 2015

NOTARY PUBLIC

My comm. Ex. Oct. 16, 2022

SEAL

STATE OF ARKANSAS    )
                     ) SS-  NOTARY PUBLIC
COUNTY OF LEE        )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public
on this ___15___ day of ___Apr___, 2015

_____
NOTARY PUBLIC

my comm. Ex. Oct 18, 2022

SEAL

"CERTIFICATE OF SERVICES"

I Brian J. Webb ADC#141031 does hereby state and
certify that a copy of the foregoing: Complaint & Exhibits,
was placed in the E.A.R.U. Brickeys Max Unit Mail Box and
sent U.S. Postage Fully prepaid by the United States Postal
Services to: United States District Court, Clerks Office, A-149,
600 West Capital Avenue, Little Rock, Arkansas, 72202



Signed _Brian J. Webb_
Printed _Brian J. Webb_
Dated _04-16-15_

P.g. 13 of 13

# Affidavit/Declaration

I Harry E. Surber #089794, on this Month, day of January the 18th, 2015. I am being housed in Isolation #3, Cell 73, Which I was moved to on the 15th of this Month, from Isolation #1, Cell 22. In the times that I have serve in Isolation (All 3 of the Isolations) I have witness numerous times that the observation ~~windows~~ windows, were covered up, with numerous items; Cardboard, Paper, Lg. Envelopes" and other items. I have also been housed in the observation cells and personally, with first hand experience witness this. And during my Isolation, Punitive time of being housed. I have observed that the corretional officers and mental Health staff ~~was~~ not doing there checks on the individuals being housed in the "Suicide" cells. On several occassions I have observed from the showers that the windows were covered up also. I has experience and witness the corretional officers Refusing to ~~answer~~ answer and/or acknowledge the individuals beating on the observation windows. Most of the times the inmates is threaten with Disciplinary action, because of the things the Mentally ill inmats Have did at the window, like masturbation and other behaviors. The past behaviors of other inmates has made the correctional officers treat all mentally ill inmates the same. There a serious problem with the way that the mentally ill is being treated, the lack of concerned and proper care and treatment.

I Harry E. Surber does bring this matter in good faith and under penalty of perjury pursuant to 28 U.S.C. §1746 and 18 U.S.C. §1621.

Harry E. Surber
#089794

# Declaration

I Harry Surber #89794 on this day of the 19th, of January 2015. State that the statement is true & factual

The first issue is the Grievance Procedure for Offenders, By my own experience & observation of this violation, I, myself has had numerous times were the correctional officers namely the sergeants (Sgt.), Lieutenants (Lt.), Captains (Capt.), Majors (Maj.), Assistant Wardens, & Sr. Wardens alike, The violations consistent of, but not limited to just one thing. But numerous violations, The rank & titles of the individuals named below are correctional officers & A.D.C. employees who have Refused to sign my Grievances & other inmates numerous times, On numerous occasions

| | |
|---|---|
| Sgt. W. Woodard | Lt. Burnett |
| Sgt. B. Woodard | Lt. Williams |
| Sgt. Westbrook | Lt. Etherly |
| Sgt. Gram | Lt. Huyard |
| Sgt. Cole | |
| Sgt. Jones | Capt. Harris |
| Sgt. Palmer | Capt. Barns |
| Sgt. Norton | Capt. Ford |
| Sgt. Lane | Capt. McNary |
| Sgt. Harris | Capt. Lane |
| Sgt. Brown | Capt. Stewart |
| Sgt. Mills | |

Page 1 of 10

# Declaration

Asst. Warden, T. Ball          Sgt. Barton
Asst. Warden, Mills
Asst. Warden, Earl

Sr. Warden, Burl

These are only some of the A.D.C. employees
who I can remember for now that Refused
to sign my Grievances, at the E.A.R.U. Brickeys.

### The 2nd. Issue & Violations is
### Punitive Isolation

#8. The things I am about To tell you, ~~come~~ #8.
~~come~~ ARE ~~the~~ #5: the tRuth, ~~come~~ #5: ~~come~~ #8.
The first thing I would like to bring to the
court's attetion is the Numerous violations of
A.D.C. policy's. Behavior Control is just one
of many. Behavior Control described as the
LAST Resort Because the individual will
Not correct there behavior. But in A.D.C.,
It is standard practice that this is the first
line of deterrent & will not let someone (in
Numerous cases) the chance to correct the
Violation. In my own experience at the
Varner Unit in 2009. I did express my feelings,
thoughts to the mental Health Dept. Only to be
place in the observation cell (6) six days later.
At No time within the Six (6) days did the mental
Health Dept. call me to talk with me nor did
they check up on me. I was handcuff on

2 of 10

# Declaration

and lead to the observation cell, were All my closes[HS] closes were taken & handed to[HS] paper closes. The temperature was so cold that I thought I was going to [HS]freeze to ~~death~~[HS] Death. So I Ripped[HS] open the matress & use it as a sleepping Bag, just to stay warm. This was after Two (2) days of my cell being extremely cold. I have witness on numerous occasions at the E.A.R.U. (Brickeys Unit) inmates being Place on Behavior Control in the observation cell for allege Rule violations & not once did the correctional officers nor the mental health Dept. try to deterrent the inmate's Behavior. When I was place in the Varner Unit observation Cell I was not allowed to keep my Tooth Brush & Toothpaste which I got painful sore in my mouth. I was not allowed to shower also. The ~~provide~~[HS] Varner Unit didn't Provide either one when I was on Behavior Control. And at E.A.R.U. (Brickeys unit) it is standard practice also. And the Mental Health Dept. nor the correctional officers will try to counsel with you before they Place someone on Behavior control. They through you in the cell & forget about you.

The 3rd. Issue is
Mental Health

This issue, I have been dealing with
3 of 10

# Declaration

for a very long time. The mental health Dept. is inadequate. It seen that there is very little its. care for me & the other inmates. It seems like the mentally Ill, like myself Recieve the littlest care possible. The mental health Dept. its. counselors have anywere between 40 & 50 inmates on there case load. Everytime I go see my caseworker, It seems that there is a lack of concern. That This is other inmate I have to talk to & get him out my office as fast as possible. Then there is NO one who will counsel with any mentally Ill inmate when allege Rule violation its. issues its. come up. Policy state's that Before an mentally Ill inmate Recieves a Disciplinary that the mental Health Dept. will Be contacted & the inmate will Be counsel with, But this is non existent its. Then there is the Mental Health DR. who sees so many inmates in a day that on average you get to talk with the DR. for 2 to 3 minutes before you are out of his office & another inmate is seeing him. Mental Health inmates its. Recieve the minimum amount of care that they (A.D.C. & C.C.S.) Have to do & the care is, without any Real care, from who is giving it to you. I seems like the mentally Ill is a Burden on the counselors & the Correctional officers & we are dealt with more

# Declaration

harshly because the lack of training for the correctional officers who deal with us on a daily bases, Which violates the Healthcare policy set forth to protect the mentally Ill.

## The 4th. Issue is Law Library

There is really not much to say, but it's very inadequate. Legal Books outdated, under staff, inadequate &/or NON existent service (Like typewriters) Legal Stuff for inmates in Isolation & Ad. Seg. is almost, always late. Inmates Have to go on a fishing Expedition to find what they need at the E.A.R.U. (Brickeys Unit). I have been waiting sent 2011 for the Law Library to get typewriters. The Sr. Warden, MR. Burl stated on a Grievance I filed that the unit is waiting for some to be deliver. I'm still waiting to see those typewriters. To sum it up, You can not do you legal work adequtaly Here at the Brickeys Unit.

## The 5th. Issue is Inmate's Medical Care & Dying at E.A.R.U.

Since I have been at the E.A.R.U., I seen & heard of several inmates at this unit Die Because of the lack of

5 of 10

# Declaration

medical care, & Education for the inmates
with chronic illnesses, Inmates with
presisting conditions for instants
Diabetesis, The Medical Dept. Has let several
inmates dies due to the problems that comes
with the diseases, Instead of treating
them, almost ~~everyone~~ of them are
treated with the minimum amount of
care that the medical Dept. has to do,
& in alot of cases (like Terry Dowdy) whom
was in the same barrack with me, died
because the Medical Dept. waited to
long to intraven after stating Numerous
times to the Medical Staff & Correctional
officers "Just let my Die", which they did.
Terry was a good friend of mind & on one
tried to help him mentally or Physically
They Knew his mental state & Refused to
intraven on his behalf. And then there is
communicable diseases in A.D.C. that
they Refuse or cover up by deliberately
misdiagnosis because the medical Dept.
does not want to do the "Paper
work". Just last Month 2014 at the
E.A.R.U. there was an outbrack of

# Declaration

· Scabbies, Which the Health Dept. Was Not contacted, NOR did the medical follow the Protocol set forth By Policy. They also do this When it come to "Staff Infections", They tell you, that you were bitten by a spider. Because they do not want go through the Required Protocol & it's easier to say it's a spider Bit. Here at the E.A.R.U., along with other Units (Varner Uni) the standard Practice to falsify Medical Records Documents, make fraudulent claims & use deceptive Practices. Serious Medical mistakes Have Been Made & the Medical Dept. Has Deliberately taken Medical Documents out of inmates Medical Jackets to cover up there wrong doing.

## The 6th. Issue is Security

I would like to bring this issue To your Attention, Because of the Seriousness & First Hand experience & numerous occasions & observations

# Declaration

That I am telling you the truth. The Guards
lack the training in ~~that~~ several fields:

1. How to deal with mentally Ill inmates.

2. How to Remain professional when dealing
with a situation that is very phyiscal. Like
When an ~~one~~ inmate has assaulted a guard.
I (SURBER), witness on numerous occasions
When the inmate was under control & Hand-
cuff. The guard(s) still using phyiscal force
To inflict pain & suffering on the inmate
Who allegedly assaulted the guard.

3. Then there is numerous times when a guard
lease there post.

4. Then there is concern that (1) one guard ~~can~~
is capable of watching over (100) inmates
in Two differ Barracks, control the flow
of the inmates in the Hallway, Let inmates
in & out of the Barracks, answer the
Telephone & he/her Radio all at the same
time. The answer is NO. Because
they are No trained to do so. And Because
of that numerous violations, Have happened
& will continously Happen until the

8 of 10

Declaration

· courts steps in & make the state of
Arkansas change the way things are ran.

So I pray that this "Declaration" open's
your eyes & sees the Real **#3.** truth about
what really goes on Behind Prison Bars.
When the public can not see what's really
going on inside of ARK. Prisons then it's up
to the prisoners to bring it to the publics
attention, But when the violations go to the
Top (Directors, Gouner, Wardens, & High Ranking
officers) not to forget there "Henchmen" A.K.A.
the guards. That all support one another even
if one has Violated the oath that they took to
Protect & server with "HONOR & INTEGRITY"
Were is there moral upright honesty?
I will tell, It went out the window,
with the Rest of there integerity.

So I say to you that under peralty
of Perjury Pursuant to 28 U.S.C. §1746 &
18 U.S.C. §1621, That I Respectfully Summit

Declaration

This Declaration to the courts in good [#2.]
faith that these constitutional Violations
will end & that honor& integrity will Be
Restored. [#45] I further state that is declaration
is true to the Best of my Knowledge, E.O.D.

Dated: January 19th., 2015

Respectfully Submitted,
Harry Surber
#89794

Harry Surber #89794
E.A.R.U. (Brickeys Unit)
P.O. Box 970
Marianna, AR. 72360

# Declaration

I Anthony Washington #146156 after first being duly sworn, do hereby swear, depose and state that: On a number of times I have had a very bad experience with the following staff about the signing of Grievances. Sgt. Gram, Sgt. Lane, Sgt. Coe, and Sgt. Brown. They will lie about signing my grievance or they will sign it and never turn it in violating the Grievance Policy and my 14th Amendment right of Due Process.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief. 28 U.S.C. 1343-28 U.S.C. Section 1346

Respectfully Submitted

Anthony Washington #146156

# Declaration

I, Anthony Washington #146156 after first being duly sworn, do hereby swear, depose and state that: I have experience a very bad experience with the following Security staff Captain Rodney Ford and William M. Conner. On Dece. 31, 2014 I was placed on Behavioral Control Status in Ioslation #1 #Cell 12 strip of everything to my boxers and didn't receive any bed lining. The temp. was 20 something degress outside. Myself and other inmates has been subject to this cruel and unusual punishment. Policy states that behavior control should be the last resilit when nothing else has work. Then it came about that there was no paper work ever done on me to be place on behavior control status, which is in violation of my Eighth Amendment right.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief. 28 U.S.C. Section 1343-28 U.S.C Section 1346

Respectfully Submitted

Amthony Washington #146156

My name is Carlest Johnson # ADC 142752 I am a inmate at East
Arkansa Regional Unit. I swear that this Statement is true under the pennadee
of perjury so help me GOD

## March 31 2015

I have worte many GRIEVANCES that have not been
answered because the Sgt's, Lt's that sign them never trun
them in back to you with answer because of the staff personal
that it was writen on is their friend are their family member. And
when you go to step 2 with the GRIEVANCES and turn it in to
the ADC Inmate GRIEVANCE Coord. They ack like they
never recived it are they hold it so long then REjECTE It saying
it was untimely. I have been at East Arkansa Regional Unit for
five years. and if you write a grievance agianst some one that
have family here you will be substantial put your self at risk
for retelation this have happen to me they take your mail and it do not
go out. write you up for nothing lieing so that you can loose your
class 1 and your job are maybe go to the hole. So now I have
to watch wath I say in my GRIEVACES and the personal that
the GRIEVANES are writen. I can't do the hole GRIEVACES
Process because it is to many family mebers and good friends
that work at East Arkansas Regional Unit. I have tried to mail
a step 2 GRIEVANS to GRIEVANCE Coord. Ms. Veronica
Anderson ond the Classification officer Ms. Davis and Ms. Veronica ack
like she neve recived it. This is what I have been going through at
East Arkansa Regional Unit for the pass five year withe the GRIEVANCE
porcejur

Now about the Medical hear at East Arkansas Regional
Unit I hurt my wrist in 2010 find out that it was fracture

it took one year for medica at East Arkansas Regional Unit to
to give me the help I need I then had surgery in 2011. After some
time my wrist was still giving me problem I then had other
x ray in 2012 and another in 2013 where the screw that was put
in in 2012 did not close the fracture it took another year to have
my second surgery in 2013 after the x-ray showed the fracture was
still their, According to the Doctor he told me be the screw did not
close the facture that the bone marrow that grow around the fracture
to protec it had went to my other bones and did something that
I would have to lose my middle row of bones in my right wrist
now I can't been my wrist back I am in pain everyday but
the medical hear that East Arkansa Regional Unit say that
it is nothing they can do the medical Doctor at UAMS said that
they would mend my wrist togather so that I would not have
so much pain but I can not get medical to send me back
to see the Doctor it is all in my medical records at East Arkansas
Regional Unit it show how they delay your teratment and some
times they till you to put in a sick call when they see that it
is a EMERGENCY, when I frist hurt my wrist the coach
took me to the medical the nurse look at my wrist it was
big and blue she told me to put in a sick call. I was just trying
to get out of work she know longer work at East Arkansas Regional
Unit her name was nurse Sims she was fired for takeing Tramdole
that was for inmates I Know this because she took it in fornt
of me a year after she had refuse to see me after I hurt
my wrist so I wrote her up when she took the norcotic.
    Now I just hurt my knee in September and was put
on Crutches September 2014, I had to put in a number of
grievances saying that I need to see a speclist for my knee

it took about three months for me to get some help because the Doctor Butler and the Provider Simons heap telling me that it was going to go down, Then in about Novembe 2014 I seen the surgon at Ouachita Rive Correctional Unit he said that I need to have surgery because I pull my top and bottom muscle away from my knee. I then had surgery in December 2014 and had a cast on and was put in a wheelchair told not to walk on my leg. Then in January 2015 the cast was taken off and another put on I was to have my second cast on for four weeks but medical personal did not do their job so once agian I put in a numb er of grievances that did not get answer so I wrote my family and had them call I had the cast on from January 2015 until March 25 2015 by then when I went back to the surgon the cast had fell down my leg I just pulled it of the surgon acks me I long was my cast falling I told him about two week after it got put on I was supose to get re-casted but Ms. Morris did not set know date so I have been pulling it up everyday to make sure that my knee do not been.

   This letter is just to show how when dilling with the GRIEVANCE Process and Medical and the staff at East Arkansa Regional Unit they do not care if you live are die they just wont a Check

I Declare under the Penalty of Perjury Pursuant to 28 U.S.C Section 1746 and 18 U.S.C section 1621, That the forgoing is true and correct. Executed at Brickeys Arkansas on this 31 day of March 2015

Carlest Johnson

Carlest Johnson

Respectfully Submitted #
Carlest Johnson #142752
P. O. Box 970
Marianna, AR 72360

Carlest Johnson
Carlest Johnson