IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRIAN J. N. WEBB
ADC # 141031                                                                                    PLAINTIFF

v.                              No. 2:15-cv-69-DPM-PSH

ALBERT KITTRELL, Psychiatrist, EARU, ADC;
KATREASA C. WRIGHT, Mental Health Counselor,
EARU, ADC; BISHOP, Doctor; and
DOUGLAS M. SELL, Doctor                                                              DEFENDANTS

ORDER

Defendant Kittrell has asked for an exhaustion hearing. The Court therefore declines the recommendation, № 37, without prejudice and refers the motion for a hearing, № 38, to Magistrate Judge Harris for consideration. If she concludes a hearing would be fruitful, then she should hold one and file a new recommendation, supplemented with what is learned at the hearing. If not, then she will submit a new recommendation on the pending motions, № 24 & 38.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2015