# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BRIAN J. N. WEBB**
**ADC #141031**                                                           **PLAINTIFF**

v.                              No. 2:15-cv-69-DPM-PSH

**ALBERT KITTRELL, Psychiatrist, EARU, ADC;**
**KATREASA C. WRIGHT, Mental Health Counselor,**
**EARU, ADC; MICHELLE BISHOP, Doctor;**
**and DOUGLAS M. SELL, Doctor**                        **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 74, adopted. FED. R. CIV.

P. 72(b) (1983 Addition to Advisory Committee Notes). Kittrell's motion for

summary judgment, № 24, is granted. Webb's claims against Kittrell are

dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_8 March 2016_