IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRIAN J. N. WEBB
ADC # 141031                                                                                    PLAINTIFF

v.                   No. 2:15-cv-69-DPM-PSH

KATREASA C. WRIGHT, Mental Health Counselor,
EARU, ADC; MICHELLE BISHOP, Doctor; and
DOUGLAS M. SELL, Doctor                               DEFENDANTS

ORDER

Unopposed partial recommendation, № 76, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Bishop's motion to dismiss, № 63, is granted. She is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2016