IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRIAN J. N. WEBB
ADC #141031                                                              PLAINTIFF

v.                              No. 2:15-cv-69-DPM

KATREASA C. WRIGHT, Mental Health Counselor,
EARU, ADC; and DOUGLAS M. SELL, Doctor            DEFENDANTS

ORDER

1. Unopposed partial recommendation, № 80, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for summary judgment, № 50, granted. Webb's claims against Sell and Wright will be dismissed without prejudice for failure to exhaust.

2. Webb hasn't confirmed whether Dr. Harry Bishop is the Dr. Bishop Webb intended to sue. The time to do so has passed. № 79. Webb's claims against the unnamed Defendant Bishop will therefore be dismissed without prejudice.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 July 2016*